United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Marjorie B Connor  
    Debtor

Case No. 18-12176-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: admin        Page 1 of 3  
Date Rcvd: Apr 14, 2023        Form ID: 138OBJ        Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marjorie B Connor, 1706 Highpoint Ln, Aston, PA 19014-1021 |
| 14083244 | + | Comenity, 799 W. Coliseum Way, Midvale, VT 84047-4867 |
| 14083246 | | Crozer Chester Medical Center, 1801 W. Olympic Blvd, Pasadena, CA 91199-2170 |
| 14083248 | | FedlLoan, P.O. Box 530210, Alanta, GA 30353-0210 |
| 14083250 | | Health Access Network, P.O. Box 8500-6355, Philadelphia, PA 19178-6355 |
| 14083251 | + | Jeanne Marie Cella, Esq., 215 N Olive St, Ste 101, Media, PA 19063-2838 |
| 14200172 | + | Nationstar Mortgage LLC D/B/A Mr. Cooper, c/o KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150 King of Prussia, PA 19406-4702 |
| 14405519 | + | Select Portfolio Servicing, Inc, c/o DANIEL P. JONES, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14671118 | + | Select Portfolio Servicing, Inc., c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14083253 | + | State of NJ Dept of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 14185689 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Apr 14 2023 23:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 14 2023 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14083239 + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 14 2023 23:42:00 | Bayview Loan Servicing, 4425 Poncw de Leon Blvd. 5th floor, Coral Gables, FL 33146-1839 |
| 14120475 + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 14 2023 23:42:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1839 |
| 14083240 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 14 2023 23:53:39 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14083241 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 14 2023 23:53:29 | Capital One, P.O. Box 71083, Charlotte, OH 28272-1083 |
| 14083243 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 14 2023 23:53:40 | Citi, P.O. Box 6403, Sioux Falls, SD 57117-6403 |
| 14083245 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 14 2023 23:42:00 | Comenity, P.O.Box 182273, Columbus, OH 43218-2273 |
| 14083247 | Email/PDF: DellBKNotifications@resurgent.com | Apr 14 2023 23:53:35 | Dell, P.O. Box 81577, Austin, TX 78708-1577 |
| 14114269 | Email/Text: EBNBKNOT@ford.com | Apr 14 2023 23:42:00 | Ford Motor Credit Company, LLC, PO Box 62180, Colorado Springs, CO 80962 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14083249 | | Email/Text: EBNBKNOT@ford.com | Apr 14 2023 23:42:00 | Ford Credit, Box 220564, Pittsburgh, PA 15257-2564 |
| 14083242 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 14 2023 23:53:29 | Chase, P.O. Box 94014, Palatine, IL 60094-4014 |
| 14116299 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 14 2023 23:42:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14083252 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 14 2023 23:42:00 | Mr. Cooper/ Nationstar, 8950 Cypress Qaters Blvd., Dallas, TX 75019-4620 |
| 14092960 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 14 2023 23:42:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14111764 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 14 2023 23:53:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14083416 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 14 2023 23:53:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14115151 | | Email/Text: bnc-quantum@quantum3group.com | Apr 14 2023 23:42:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14115150 | | Email/Text: bnc-quantum@quantum3group.com | Apr 14 2023 23:42:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14670979 | ^ | MEBN | Apr 14 2023 23:36:45 | Select Portfolio Servicing, Inc, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14409933 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 14 2023 23:42:00 | Select Portfolio Servicing, Inc., ATTN: Remittance Processing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14083254 | | Email/PDF: gecsedi@recoverycorp.com | Apr 14 2023 23:53:39 | Synchrony, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14117396 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 14 2023 23:53:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14083255 | + | Email/Text: bncmail@w-legal.com | Apr 14 2023 23:42:00 | TD Bank, P.O. Box 660170, Dallas, TX 75266-0170 |
| 14119341 | + | Email/Text: bncmail@w-legal.com | Apr 14 2023 23:42:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14756494 | + | Email/Text: EBN@edfinancial.com | Apr 14 2023 23:42:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14119712 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14405520 | *+ | Select Portfolio Servicing, Inc, c/o DANIEL P. JONES, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 14, 2023 | Form ID: 138OBJ | Total Noticed: 37 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2023          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Select Portfolio Servicing Inc bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Select Portfolio Servicing Inc logsecf@logs.com |
| DANIEL P. JONES | on behalf of Creditor Select Portfolio Servicing Inc djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| HOWARD GERSHMAN | on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net |
| JEANNE MARIE CELLA | on behalf of Debtor Marjorie B Connor paralegal@lawjmc.com pennduke@gmail.com;r46298@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Select Portfolio Servicing Inc kdlittleecf@gmail.com |
| RAYMOND M. KEMPINSKI | on behalf of Creditor Bayview Loan Servicing LLC raykemp1006@gmail.com raykemp1006@gmail.com |
| RAYMOND M. KEMPINSKI | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company raykemp1006@gmail.com, raykemp1006@gmail.com |
| ROGER FAY | on behalf of Creditor Select Portfolio Servicing Inc rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Marjorie B Connor
        Debtor(s)

Case No: 18−12176−amc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                   Suite 400
              Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/14/23

69 − 68
Form 138OBJ