United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-12176-amc |
| Marjorie B Connor | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 18, 2023 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Marjorie B Connor, 1706 Highpoint Ln, Aston, PA 19014-1021 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2023            Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Select Portfolio Servicing  Inc bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Select Portfolio Servicing  Inc logsecf@logs.com |
| DANIEL P. JONES | on behalf of Creditor Select Portfolio Servicing  Inc djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| HOWARD GERSHMAN | on behalf of Creditor Ford Motor Credit Company  LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net |
| JEANNE MARIE CELLA | on behalf of Debtor Marjorie B Connor paralegal@lawjmc.com  pennduke@gmail.com;r46298@notify.bestcase.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 18, 2023 | Form ID: 195 | Total Noticed: 1

| | |
|---|---|
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Select Portfolio Servicing Inc KRLITTLE@FIRSTAM.COM |
| RAYMOND M. KEMPINSKI | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company raykemp1006@gmail.com, raykemp1006@gmail.com |
| RAYMOND M. KEMPINSKI | on behalf of Creditor Bayview Loan Servicing LLC raykemp1006@gmail.com raykemp1006@gmail.com |
| ROGER FAY | on behalf of Creditor Select Portfolio Servicing Inc rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Marjorie B Connor                                          : Case No. 18−12176−amc

    Debtor(s)

*ORDER*
_____

AND NOW, this day , July 18, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge, United States Bankruptcy Court

79
Form 195